

Villanova University School of Law

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-16-2004

# Major League Umpires v. Amer League

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-1103

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Major League Umpires v. Amer League" (2004). *2004 Decisions.* Paper 935.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/935

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos: 02-1103/1124/1276

_____

THE MAJOR LEAGUE UMPIRES ASSOCIATION

v.

THE AMERICAN LEAGUE OF PROFESSIONAL BASEBALL CLUBS; THE
NATIONAL LEAGUE OF PROFESSIONAL BASEBALL CLUBS; OFFICE OF THE
COMMISSIONER OF BASEBALL

(D.C. No. 01-cv-02790)

OFFICE OF THE COMMISSIONER OF BASEBALL; AMERICAN LEAGUE OF
PROFESSIONAL BASEBALL CLUBS; NATIONAL LEAGUE OF PROFESSIONAL
BASEBALL CLUBS

v.

MAJOR LEAGUE UMPIRES ASSOCIATION; WORLD UMPIRES ASSOCIATION

(D.C. No. 01-cv-02816)

The Major League Umpires Association,
Appellant No. 02-1103

_____

THE MAJOR LEAGUE UMPIRES ASSOCIATION

v.

THE AMERICAN LEAGUE OF PROFESSIONAL BASEBALL CLUBS; THE
NATIONAL LEAGUE
OF PROFESSIONAL BASEBALL CLUBS; OFFICE OF THE COMMISSIONER OF
BASEBALL

(D.C. No. 01-cv-02790)

OFFICE OF THE COMMISSIONER OF BASEBALL; AMERICAN LEAGUE OF PROFESSIONAL BASEBALL CLUBS; NATIONAL LEAGUE OF PROFESSIONAL BASEBALL CLUBS

v.

MAJOR LEAGUE UMPIRES ASSOCIATION; WORLD UMPIRES ASSOCIATION

(D.C. No. 01-cv-02816)

Office of the Commissioner of Baseball;
American League of Professional Baseball Clubs; National
League of Professional Baseball Clubs,
        Appellants No. 02-1124
_____


THE MAJOR LEAGUE UMPIRES ASSOCIATION
Appellant No. 02-1276

v.

THE AMERICAN LEAGUE OF PROFESSIONAL BASEBALL CLUBS; THE NATIONAL LEAGUE OF PROFESSIONAL BASEBALL CLUBS; OFFICE OF THE COMMISSIONER OF BASEBALL

_____

O R D E R

_____


It is hereby O R D E R E D that the opinion entered in the above-entitled appeals on February 17, 2004 is amended to make the following two corrections:

On page 3, footnote 1, the "- - - - " between "the and strike." is deleted; and,

On page 12, second to last paragraph the "and" after "merit and skill" is deleted.

For the Court,


 /s/ Marcia M. Waldron
Clerk


Dated:   March 16, 2004